**Sara L. Gabin**, OSB #81234
Internet E-mail address: slgabin@pacifier.com
Sara L. Gabin, P.C., Attorney at Law
14523 Westlake Drive
Lake Oswego, Oregon, OR 97035-7700
Telephone: 503.620.3171
Fax: 503.620.3365
Attorney(s) for: Yvonne C. Nelson

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| YVONNE C. NELSON,<br><br>Plaintiff,<br><br>V.<br><br>CAROLYN COLVIN, ACTING COMMISSIONER, SOCIAL SECURITY ADMINISTRATION,<br><br>Defendant. | Case No. 3:14-cv-00914-HZ<br><br>ORDER FOR AN AWARD OF ATTORNEY FEES PUSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (EAJA) |

Based on the stipulation of the parties and good cause shown, Plaintiff is awarded fees in the amount of $4,254.82.

It is further ordered that if, after receiving the Court's EAJA fee order, the Commissioner determines upon effectuation of the order that Plaintiff does not owe a debt that is subject to offset under the Treasury Offset Program, requirements of the Anti-Assignment Act are waived, and the EAJA fees will be made payable to plaintiff's attorney.

/ / /

/ / /

/ / /

ORDER FOR AND AWARD OF ATTORNEY FEES PURSUANT TO
THE EQUAL ACCESS TO JUSTICE ACT (EAJA)

However, it is further ordered that if there is a debt owned under the Treasury Offset Program, the Commissioner cannot agree to waive the requirements of the Anti-Assignment Act, and the remaining EAJA fees after offset will be paid by a check made out to plaintiff but delivered to plaintiff's attorney.

IT IS SO ORDERED this __15__ day of July, 2015

*Marco Hernandez*
MARCO A. HERNANDEZ
United States District Court Judge

SUBMITTED BY:

/s/ SARA L. GABIN
SARA L. GABIN, OSB #812345
Attorney for Plaintiff

APPROVED AS TO FORM:

/s/ JOHN LAMONT
JOHN LAMONT
Assistant Regional Counsel

ORDER FOR AND AWARD OF ATTORNEY FEES PURSUANT TO
THE EQUAL ACCESS TO JUSTICE ACT (EAJA)